United States District Court
Southern District of Texas
**ENTERED**
August 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LIDIANA CANTU, | § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 7:20-cv-00263 |
| WAL-MART STORES TEXAS, LLC, | | |
| Defendant. | | |

## ORDER

The Court now considers the parties' "Stipulation of Dismissal."[1] The parties agree to a dismissal of this case with prejudice.[2] Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff may dismiss an action without a Court order by filing a stipulation of dismissal signed by all appearing parties. Because the stipulation is signed by all appearing parties,[3] Plaintiff has effectively dismissed the case and no further action by this Court is necessary.[4] All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 2nd day of August 2021.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 18.
[2] *Id.* at 1, ¶¶ 5–11.
[3] *Id.* at 2.
[4] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).